## 16706. KELLEY *v.* CITY OF MACON.

LUKE, J. Upon the authority of *Scott* v. *City of Camilla,* 7 *Ga. App.* 689 (67 S. E. 846), the court did not err in dismissing the certiorari, for the reason that the requirements of the statute as to the conditions of the bond were not complied with.

*Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*

DECIDED NOVEMBER 11, 1925.

Certiorari; from Bibb superior court—Judge Malcolm D. Jones. July 14, 1925.

*Wallace Miller,* for plaintiff in error.

*Harry S. Strozier, Grady Gillon,* contra.

---

## 16711. GREER *v.* THE STATE.

LUKE, J. The conviction in this case is authorized by the evidence and has the approval of the trial judge. The special assignments of error are wholly without merit, and the court properly overruled the motion for a new trial.

*Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*

DECIDED NOVEMBER 11, 1925.

Conviction of possessing intoxicating liquor; from city court of Macon—Judge Jordan. June 29, 1925.

*Earl W. Butler,* for plaintiff in error.

*Roy W. Moore, solicitor,* contra.